# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| TONY BERNARD JOHNSON, | ) | |
| | ) | NO. 3:24-cv-00018 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| COMMISSIONER OF SOCIAL SECURITY | ) | MAGISTRATE JUDGE HOLMES |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 20), which was filed on January 17, 2025. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion for remand (Doc. No. 16) be granted, the Social Security Administration's decision be reversed, and that this matter be remanded for further administrative proceedings consist with the Report and Recommendation. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's motion for remand (Doc. No. 16) is **GRANTED**; this case is remanded to the Social Security Administration for further proceedings consistent with the Report and Recommendation (Doc. No. 20).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE